UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-5174-E | Date | September 9, 2026 |
| Title | LONG THANH LY v. TODD LYONS, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

Petitioner's "Emergency Ex Parte Application for Administrative Stay of Removal, etc.," filed September 8, 2026, is denied. The Court may not properly enjoin or delay removal based on Petitioner's claim that his recent re-detention was unlawful. See 8 U.S.C. § 1252(g); Rauda v. Jennings, 55 F.4th 773, 776-77 (9th Cir. 2022); see also 8 U.S.C. § 1252(b)(9).

cc: All Counsel of Record

Initials of Deputy Clerk bm