JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LY THANG LONG<br>Petitioner,<br>v.<br>TODD LYONS, ETC., ET AL.,<br>Respondents. | No. ED CV 26-5174-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 21, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE